# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICHARD ANDERSON,

    *Plaintiff*,

vs.

ROBERT BANNISTER, *et al.*

    *Defendants*.

3:11-cv-00590-ECR-RAM

ORDER

Plaintiff has filed a civil rights complaint. Neither a filing fee nor an application to proceed *in forma pauperis* was received with the complaint. Plaintiff further did not use the required complaint form for the entirety of his complaint. It does not appear from the allegations presented that a promptly filed new action would be time-barred under the applicable two-year statute of limitations.

IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice to the filing of a new properly commenced action under a new docket number with either the required filing fee or a properly completed application to proceed *in forma pauperis*.

The Clerk shall send plaintiff two copies each of an *in forma pauperis* application form for a prisoner and a blank Section 1983 complaint form, along with the instructions for each form and a copy of the papers that he submitted.

The Clerk shall enter final judgment accordingly, dismissing this action without prejudice.

DATED: August 15, 2011

                                      /s/ Edward C. Reed

                                EDWARD C. REED
                                United States District Judge