AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

RICHARD ANDERSON,

    Plaintiff,        JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:11-CV-00590-ECR-RAM**

ROBERT BANNISTER, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice to the filing of a new properly commenced action under a new docket number with either the required filing fee or a properly completed application to proceed *in forma pauperis*.

  August 22, 2011                         **LANCE S. WILSON**
                                                         Clerk

                                                      /s/ D.R. Morgan
                                                      Deputy Clerk